In the Matter of IRVING WALLINS, as Executor of SAM WALLINS, Deceased.

Present—Callahan, J. P., Doerr, Boomer, Lawton and Schnepp, JJ.